# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEVEN G. MASON,

          Plaintiff,

-vs-                                Case No.  6:05-cv-627-Orl-28JGG

THE FLORIDA BAR,

          Defendant.

---

## ORDER

This case is before the Court on Defendant's Motion to Abstain or in the Alternative, Motion for Judgment on the Pleadings (Doc. No. 35).  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and considering the responses filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 16, 2005 (Doc. No. 62) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Abstain (Doc. No. 35) is **GRANTED**.  The Alternative Motion for Judgment on the Pleadings is **DENIED as moot**.  The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____ 6 ____ day of February, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party